**No. 69400.**—Imported Merchandise Company *v.* United States, protest 63/8358–13492 (Chicago).

Opinion by NICHOLS, J.  In accordance with stipulation of counsel that the merchandise consists of "rattancore paper plate holders [or mats]" similar in all material respects to those the subject of Abstract 68437, the claim of the plaintiff was sustained.

**No. 69401.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 65/1593, etc. (New York).

Opinion by NICHOLS, J.  In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.